Name: Kathy M. Willard
Mailing address: P.O. Box 311, Delta Jct, AK 99737
Telephone: 907-460-7882

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Kathy M. Willard,
(Full name of plaintiff in this action)
Plaintiff,

vs.

Natural Resources Conservation Service,

_____,

_____,
(Full names of ALL defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 4:14-CV-00026-RRB
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

Questions of Federal Law
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

_____

_____

**B. Parties**

1. The Plaintiff is _Kathy M. Willard_, who presently resides at _3361 Tanana Loop Ext. Delta Jct AK 99737_
   (Print Name) (Address)

2. <u>Defendants</u>:

Defendant No. 1, _Natural Resources Conservation Service_, is a
   (Name)
citizen of _____, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 2, _____, is a
   (Name)
citizen of _____, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 3, _____, is a
   (Name)
citizen of _____, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)
                        (City and State)

Defendant No. 4, _____, is a
   (Name)
citizen of _____, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 5, _____, is a
   (Name)
citizen of _____, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

2                                                                 COMPLAINT

Case 4:14-cv-00026-RRB   Document 1   Filed 11/13/14   Page 2 of 6

<u>Claim 1</u>: On or about  5-6-2010 , I entered into a contract
(Date or Period of Time) (Supporting facts)
with the NRCS for a Seasonal Tunnel System for Crops Eqip
contract #74015010045. In 2010 I was paid for the High Tunnel,
pest management, and Nutrient Management. IN 2011 I was paid
for pest management, Nutrient management, and Irrigation
water management. Then in 2012 I recieved payment for
pest management and Nutrient Management but not Irrigation
water management. In 2013 I recieved a letter telling me
that I would not be paid for the irrigation water
management for lack of Information. The paperwork
that I turned in was the same format in all 3 years.
I was told that I was suppose to follow my Irrigation
Water Management Plan (IWM). I took my file to the
local office and showed him that my (IWM) Plan was
blank and Signed off by Catherine Hadley. He told me that
I needed to send a "Reconsideration of Decision" letter
to Mr. Robert Jones - State Conservationist. After doing that
I recieved another letter saying the same thing. I Filter
filed papers with Robert Jones - NRCS and Lloyde Wilhelm -
FSA (Farm Service Agency) then I recieved a demand for Payment.
In that demand it says that if you do not believe that you
owe the money you can call the P.D.C. James Larson

3  COMPLAINT

I called Mr. Larson and he said that he dosen't have any thing to do with the EQIP files and I needed to talk to Al White, he was not there so I left him a message and waited. One week later I called again and spoke to Mr. White he told me that he got my message but didn't call me back because he didn't think that I would call back. I asked him about the Demand and he said there was nothing he could do because Mr. Jones was the final decision. I asked who I could talk to that did not have Mr. Jones as thier Boss, Mr. White told me to send it to N.A.D. (National Appeals Division). I sent the information to N.A.D. and I recieved a letter saying that they have no authority to accept my request. I have done everything that I was suppose to do. If my records were not acceptable it should have been addressed in 2010 or one of the many times that they visited my farm. This is a clear breach of contract on the part of the NRCS. I preformed the work that I was under contract to do, now they should have to abide by the contract and pay me what is owed. I should not be penalized for

thier conservationist not doing thier job. I am asking for the final amount of my contract $8,234.00 plus punitive damages and court costs, penalties and intrest. and applicable fees.

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ 8,234.00

2. Punitive damages in the amount of $ 5,000.00

3. An order requiring defendant(s) to pay court cost, penalties, intrest, and applicable fees

4. A declaration that

5. Other:

Plaintiff demands a trial by __X__ Jury _____ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

*Kathy Willard*
**Plaintiff's Original Signature**

KAThy MArie WillArd
(Plaintiff's Full Name)

Executed at Fairbanks AK on 11-14-14
(Location) (Date)